UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**HERSHEL WOODROW**
**"WOODY" WILLIAMS,**

  **Plaintiff,**

v.    **CIVIL ACTION NO.:  3:19-cv-00423**
     Honorable Thomas E. Johnston

**BRYAN MARK RIGG, an individual;**
**STACKPOLE, INC., a Pennsylvania**
**Corporation; and THE ROWMAN &**
**LITTLEFIELD PUBLISHING GROUP, INC.,**
**a Delaware Corporation,**

  **Defendants.**

## NOTICE OF MEDIATION

  **PLEASE TAKE NOTICE** that mediation in the above matter will be conducted by Mediator Donald B. O'Dell on June 25, 2020, commencing at 10:00 a.m., at the offices of Dinsmore & Shohl, LLP, 611 Third Avenue, Huntington, West Virginia, pursuant to the Federal Rules of Civil Procedure.

    /s/ Brittany S. Given
    J.H. Mahaney (W. Va. #6993)
    John.mahaney@dinsmore.com
    J. Tanner Watkins (to be admitted Pro Hac Vice)
    Tanner.watkins@dinsmore.com
    Brittany S. Given (W. Va. #13400)
    Brittany.given@dinsmore.com
    **DINSMORE & SHOHL LLP**
    611 Third Avenue
    Huntington, West Virginia 25701
    P: (304) 529-6181
    F: (304) 522-4312
    *Counsel for Plaintiff,*
    *Hershel Woodrow "Woody" Williams*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**HERSHEL WOODROW
"WOODY" WILLIAMS,**

      **Plaintiff,**

v.                                                                          CIVIL ACTION NO.:  3:19-cv-00423
                                                     Honorable Thomas E. Johnston

**BRYAN MARK RIGG, an individual;
STACKPOLE, INC., a Pennsylvania
Corporation; and THE ROWMAN &
LITTLEFIELD PUBLISHING GROUP, INC.,
a Delaware Corporation,**

      **Defendants.**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the ***"Notice of Mediation"*** has been served upon counsel of record via electronic mail on this 16th day of June, 2020 to:

Thomas M. Hancock, Esquire
Alexander C. Frampton, Esquire
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Ave., Suite 200
Huntington, WV 25701

                /s/     Brittany S. Given
      J.H. Mahaney (W. Va. #6993)
      John.mahaney@dinsmore.com
      J. Tanner Watkins (to be admitted Pro Hac Vice)
      Tanner.watkins@dinsmore.com
      Brittany S. Given (W. Va. #13400)
      Brittany.given@dinsmore.com
      **DINSMORE & SHOHL LLP**
      611 Third Avenue
      Huntington, West Virginia 25701
      P: (304) 529-6181
      F: (304) 522-4312
      *Counsel for Plaintiff,*
      *Hershel Woodrow "Woody" Williams*