## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

HERSHEL WOODROW WILLIAMS,

      Plaintiff,

v.                            CIVIL ACTION NO.   3:19-cv-00423

BRYAN MARK RIGG, et al.,

      Defendants.

### ORDER

On September 18, 2020, the Court held a telephonic status conference with the parties. For the reasons more fully stated on the record at that conference, the Court **STAYS** this action for 30 days.   Before this 30-day period elapses, the Court will **HOLD** a telephonic status conference on **Thursday, October 15, 2020 at 2:00 p.m.** to discuss the current status of the case. The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.   The Clerk is **DIRECTED** to remove this case from the Court's active docket.

      **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      September 18, 2020

                _____

                THOMAS E. JOHNSTON, CHIEF JUDGE