# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

HERSHEL WOODROW WILLIAMS,

        Plaintiff,

v.                              CIVIL ACTION NO.   3:19-cv-00423

BRYAN MARK RIGG, et al.,

        Defendants.

## ORDER

On November 30, 2020, this Court held a telephonic status conference in the above-styled case. For reasons more fully stated on the record at that hearing, the Court **CONTINUES** the pretrial/final settlement conference to **March 26, 2021, at 1:00 p.m.** Individuals with full authority to settle the case for each party shall be present **in person.** Further, the Court **CONTINUES** the trial to **April 6, 2021, at 9:00 a.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:     November 30, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE