IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**HERSHEL WOODROW WILLIAMS,**

    **Plaintiff,**

v.                                              Case No.:  3:19-cv-00423

**BRYAN MARK RIGG, et al.,**

    **Defendants.**

**<u>ORDER</u>**

    Pending before the Court are Defendant Mark Rigg's Motion to Compel Discovery Responses and for Monetary Sanctions, (ECF No. 88), and Nonparty The Woody Williams Foundation, Inc.'s Motion and Amended Motion to Quash and/or for Protective Order. (ECF Nos. 90, 92). On Thursday, May 6, 2021, the parties appeared, by counsel, for a hearing on the Motions. Counsel for Defendant Rigg advised the Court that the disputes raised in Defendant Rigg's Motion to Compel had been resolved by the parties, and counsel orally moved to withdraw the Motion. Accordingly, the Court **DENIES** the Motion to Compel, (ECF No. 88), as moot.

    Turning to the Motion and Amended Motion of The Woody Williams Foundation to Quash and/or for Protective Order, counsel for Defendant Rigg indicated as follows: (1) the Foundation had agreed to provide documents responsive to Nos. 1, 2, 3, 4, and 12 of the subpoena, and to conduct a search of its email server to locate responsive documents; and (2) Rigg had agreed to withdraw his request for documents identified in Nos. 5, 6, 7, 8, 9, 10, 11, 13, and 14 of the subpoena based upon Plaintiff's stipulation that

he is not seeking damages related to the Foundation. Accordingly, the Motion and Amended Motion to Quash are **DENIED**, and the Motion and Amended Motion for Protective Order are **GRANTED** to the extent agreed upon by the parties. (ECF Nos. 90, 92). The Woody Williams Foundation shall have **twenty (20) days** from the date of this Order in which to produce the documents requested in Nos. 1, 2, 3, 4, and 12 of the subpoena.

    The Clerk is directed to provide a copy of this Order to counsel of record.

                               **ENTERED:** May 6, 2021

                               Cheryl A. Eifert
                               United States Magistrate Judge