IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

HERSHEL WOODROW "WOODY"
WILLIAMS,

                Plaintiff,

                              Civil Action No. 3:19-CV-00423

v.                              Honorable Judge Johnston

BRYAN MARK RIGG, an individual;
STACKPOLE, INC., a Pennsylvania
Corporation; and THE ROWMAN &
LITTLEFIELD PUBLISHING GROUP, INC.,
a Delaware Corporation,

                Defendant.

## RESPONSE TO MOTION TO COMPEL DISCOVERY

Now comes the nonparty, The Woody Williams Foundation, Inc. (the "Foundation") and in response to the Motion to Compel Discovery, has responded to Nos. 1, 2, 3, 4, and 12 of the Subpoena. The parties hereto have agreed to sharing the responses electronically via secure link through Microsoft OneDrive, and the same has been forwarded to counsel.

                              THE WOODY WILLIAMS FOUNDATION, INC.

                              By Counsel

                              /s/ Christopher M. Davis
                              Christopher M. Davis (9050)
                              Wooton, Davis, Hussell & Johnson
                              P.O. Box 2600
                              Beckley, WV 25802

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

HERSHEL WOODROW "WOODY"
WILLIAMS,

                Plaintiff,

                              Civil Action No. 3:19-CV-00423

v.                                      Honorable Judge Johnston

BRYAN MARK RIGG, an individual;
STACKPOLE, INC., a Pennsylvania
Corporation; and THE ROWMAN &
LITTLEFIELD PUBLISHING GROUP, INC.,
a Delaware Corporation,

                Defendant.

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing *"Response to Motion to Compel Discovery"* was served via the CM/ECF system on the 26th day of May, 2021, which will send notice to the following participants:

J.H. Mahaney (W. Va. #6993)
J. Tanner Watkins (to be admitted Pro Hac Vice)
DINSMORE & SHOHL LLP
611 Third Avenue
Huntington, West Virginia 25701
P: (304) 529-6181
F: (304) 522-4312
John.mahaney@dinsmore.com
Tanner.watkins@dinsmore.com
*Counsel for Plaintiff, Hershel
Woodrow "Woody" Williams*

Thomas M. Hancock
Alexander C. Frampton
Nelson Mullins Riley & Scarborough LLP
949 Third Ave., Suite 200
Huntington, WV 25701
Email: tom.hancock@nelsonmullins.com
Email: alex.frampton@nelsonmullins.com

And

Geoffrey Scott Harper (pro hac vice forthcoming)
Winston & Strawn LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Email: gharper@winston.com

*Counsel for Bryan Mark Rigg*

/s/ Christopher M. Davis

*Counsel for The Woody Williams Foundation, Inc.*