# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT HUNTINGTON

HERSHEL WOODROW "WOODY"
WILLIAMS,

                Plaintiff,

v.

                Civil Action No. 3:19-CV-00423
                Honorable Judge Johnston

BRYAN MARK RIGG, an individual;
STACKPOLE, INC., a Pennsylvania
Corporation; and THE ROWMAN &
LITTLEFIELD PUBLISHING GROUP,
INC., a Delaware Corporation,

                Defendants.

## BRYAN MARK RIGG'S MOTION FOR SUMMARY JUDGMENT

Bryan Mark Rigg, Defendant, by and through undersigned counsel, hereby moves this Court for summary judgment in his favor pursuant to Federal Rule of Civil Procedure 56. The Memorandum of Law in support of this Motion is filed concurrently herewith.

WHEREFORE, Defendant respectfully prays that this Court issue an Order granting summary judgment in his favor and awarding such other relief as it deems just and proper.

Respectfully submitted,

  /s/ Thomas M. Hancock
Thomas M. Hancock (WV Bar No. 10597)
Alexander C. Frampton (WV Bar No. 13398)
**NELSON MULLINS RILEY &
SCARBOROUGH LLP**
949 Third Ave., Suite 200
Huntington, WV 25701
Phone: (304) 526-3500
Email: tom.hancock@nelsonmullins.com
Email: alex.frampton@nelsonmullins.com

**And**

Geoffrey Scott Harper (*pro hac vice* forthcoming)
**WINSTON & STRAWN LLP**
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Phone: (214)453-6476
Email: gharper@winston.com
**COUNSEL FOR DEFENDANT BRYAN MARK RIGG**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

HERSHEL WOODROW "WOODY"
WILLIAMS,

        Plaintiff,

v.               Civil Action No. 3:19-CV-00423
               Honorable Judge Johnston

BRYAN MARK RIGG, an individual;
STACKPOLE, INC., a Pennsylvania
Corporation; and THE ROWMAN &
LITTLEFIELD PUBLISHING GROUP, INC.,
a Delaware Corporation,

        Defendants.

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing *"Bryan Mark Rigg's Motion for Summary Judgment"* was served via the CM/ECF system on the 21st day of July, 2021, which will send notice to the following participants:

>J.H. Mahaney
>Brittany S. Given
>Dinsmore & Shohl LLP
>611 Third Avenue
>Huntington, WV 25701

/s/ Thomas M. Hancock
Thomas M. Hancock (WV Bar No. 10597)
Alexander C. Frampton (WV Bar No. 13398)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
949 Third Ave., Suite 200
Huntington, WV 25701
Phone: (304) 526-3500
Email: tom.hancock@nelsonmullins.com
Email: alex.frampton@nelsonmullins.com

**And**

Geoffrey Scott Harper (*pro hac vice* forthcoming)
**WINSTON & STRAWN LLP**
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Phone: (214) 453-6476
Email: gharper@winston.com