# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

HERSHEL WOODROW WILLIAMS,

        Plaintiff,

v.                                CIVIL ACTION NO.   3:19-cv-00423

BRYAN MARK RIGG, et al.,

        Defendants.

### ORDER

On November 1, 2021, this Court held a telephonic status conference in the above-styled case. In the event that a transcript is requested of that conference, the Court **ORDERS** that any portion relating to Plaintiff's medical condition be **SEALED.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:        November 2, 2021

THOMAS E. JOHNSTON, CHIEF JUDGE