# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

HERSHEL WOODROW WILLIAMS,

    Plaintiff,

v.                                                       CIVIL ACTION NO. 3:19-cv-00423

BRYAN MARK RIGG, et al.,

    Defendants.

### DISMISSAL ORDER

In accordance with the reasons set forth on the record at the Final Settlement Conference held on December 10, 2021, this Court has been advised that the above-style civil action has been fully compromised and settled. Therefore, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within 90 days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      December 10, 2021

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE