IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

HERSHEL WOODROW WILLIAMS,

        Plaintiff,

v.	CIVIL ACTION NO. 3:19-cv-00423

BRYAN MARK RIGG, et al.,

        Defendants.

### ORDER

On December 10, 2021, this Court held a pretrial and final settlement conference in the above-styled case. At the hearing, a settlement was reached, and the parties submitted the attached terms of settlement to the Court. The Court finds that confidentiality is a key component of the settlement, therefore requiring the terms to be sealed. The Court **DIRECTS** the Clerk to file the terms of settlement **UNDER SEAL**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:	December 14, 2021

THOMAS E. JOHNSTON, CHIEF JUDGE